IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       8:02CR433
                                )
        v.                      )
                                )
RALPH BENFORD,                  )       ORDER
                                )
            Defendant.          )
_____)
```

        This matter is before the Court on plaintiff's motion for dismissal (Filing No. 91). The Court finds said motion should be granted. Accordingly,

        IT IS ORDERED that plaintiff's motion for dismissal is granted; the indictment as it relates to defendant Ralph Benford only is dismissed without prejudice.

        DATED this 4th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court